SCANNED

FILED
JUN 30 2020
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| IN THE MATTER OF: | MJ 20- 54 -GF-JTJ |
|---|---|
| THE EXTRADITION OF GERALD KEITH KARJALA | ORDER |

Upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint, the Affidavit, All Exhibits Filed in Support, and the Arrest Warrant are SEALED until further order of the Court.

DATED this 30 day of June, 2020.

_____
JOHN JOHNSTON
United States Magistrate Judge

4