IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>GERALD KEITH  KARJALA,<br><br>　　　　　Defendant. | Cause No.  MJ-20-54-GF-JTJ<br><br>**ORDER** |

UPON motion of the Defendant, without objection, and for good cause appearing;

IT IS HEREBY ORDERED that the Defendant's Motion to Seal is GRANTED and the Defendant's Response in Opposition to Government's Motion for Extradition, the Declaration of Mark N. Bartlett in Support, and Exhibits 1-26 is HEREBY SEALED.

DATED this 13th day of October 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John Johnston
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge